D/F

RMR
F.#2003R02260

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUNE 7 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

ERIC HAGERBRANT,

        Defendant.

- - - - - - - - - - - - - - - - X

O R D E R

Cr. No. 04-950 (NGG)

Upon the application of the United States Attorney, by Assistant United States Attorney Robert M. Radick, the information and transcript of the plea proceeding in the above-captioned matter are hereby ordered unsealed.

Dated:   Brooklyn, New York
       June 7, 2006

SO ORDERED:

s/Nicholas G. Garaufis
_____
THE HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK