RMR
F.#2003R02260

```
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 17 2006 ★
BROOKLYN OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

ERIC HAGERBRANT,

        Defendant.

- - - - - - - - - - - - - - - X

O R D E R

Cr. No. 04-950 (NGG)

      Upon the application of the United States Attorney, by Assistant United States Attorney Robert M. Radick, the above-captioned case is hereby ordered unsealed.

Dated:  Brooklyn, New York
       June 27, 2006

                SO ORDERED:

                s/Nicholas G. Garaufis
                _____
                THE HONORABLE NICHOLAS G. GARAUFIS
                UNITED STATES DISTRICT JUDGE
                EASTERN DISTRICT OF NEW YORK